## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PETER BARTOK, derivatively on behalf of NEXT BRIDGE HYDROCARBONS, INC., | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 7:26-cv-00096 |
| GREGORY MCCABE, JOHN BRDA, ROBERT L. COOK, CLIFTON DUBOSE, JR., JOSEPH DEWOODY, LUCAS T. HAWKINS, DELVINA OELKERS, MIA PITTS, and KRISTIN WHITLEY, | § § § § § § § | |
| Defendants, | § § | |
| and | § § | |
| NEXT BRIDGE HYDROCARBONS, INC., | § § § | |
| Nominal Defendant. | § | |

## ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Before the Court is the Stipulation to Extend Deadline to Answer or Otherwise Respond to Complaint (the "Stipulation") submitted by Plaintiff Peter Bartok ("Plaintiff"), Nominal Defendant Next Bridge Hydrocarbons, Inc. ("Next Bridge"), and Defendants Gregory McCabe, Robert L. Cook, Clifton Dubose, Jr., Joseph DeWoody, Lucas T. Hawkins, Delvina Oelkers, Mia Pitts, and Kristin Whitley (together with Next Bridge, "Stipulating Defendants"). Having considered the Stipulation, the Court finds the requested relief should be and is hereby approved.

**IT IS THEREFORE ORDERED:**

1.      The Stipulation is **APPROVED**.

2.      The deadline for the Stipulating Defendants to answer, move, or otherwise respond to Plaintiff's Complaint is **extended to May 15, 2026**.

3.      This extension is granted without waiver of any defenses available to Defendants under the Federal Rules of Civil Procedure or otherwise.

SIGNED this 16th day of April, 2026.

_____
JUDGE PRESIDING